UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SANCHEZ, *on behalf of minor* R.L.Y.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:25-cv-00861-HBK<br><br>ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM<br><br>(Doc. No. 3) |

On July 15, 2025, Sylvia Sanchez initiated this action on behalf of minor Plaintiff R.L.Y., seeking judicial review of a final decision of the Commissioner of Social Security denying the minor's application for disability insurance benefits and social security income benefits under the Social Security Act. (Doc. No. 1). On the same day, Sylvia Sanchez, through counsel, filed a Petition for Appointment of Guardian Ad Litem. (Doc. No. 3, "Petition"). Petitioner seeks appointment of Sylvia Sanchez as guardian ad litem for R.L.Y. For the reasons set forth below, the Court grants the Petition.

Federal Rule of Civil Procedure 17 provides for a representative of a minor or an incompetent person to sue or defend on a minor or an incompetent's behalf. Fed. R. Civ. P.

17(c). Similarly, this Court's Local Rule 202(a) in pertinent part, states:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor ... the attorney representing the minor or incompetent person shall present ... a motion for the appointment of a guardian ad litem by the Court, or ... a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

Appointment of a guardian ad litem is not a mere formality because the guardian "is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." *United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State of Wash.*, 795 F.2d 796, 805 (9th Cir. 1986). A "guardian ad litem need not possess any special qualifications," but must "be truly dedicated to the best interests of the person on whose behalf he seeks to litigate." *AT&T Mobility, LLC v. Yeager*, 143 F.Supp.3d 1042, 1053-54 (E.D. Cal. 2015) (citations omitted). The Court has considered the application of Sylvia Sanchez for appointment as guardian ad litem for R.L.Y., a minor. Syliva Sanchez is not a party to the instant action. (*See generally* Doc. No. 1). She is the grandmother and guardian of R.L.Y. and is familiar with the minor's medical conditions. (Doc No. 3 at 1-2). The Court does not find any apparent conflict of interest or any other factors that demonstrate such appointment is not in the best interests of the minor Plaintiff.

Accordingly, it is **ORDERED**:

1. The Petition for Appointment of Guardian Ad Litem (Doc. No. 3) is **GRANTED.**
2. Sylvia Sanchez is appointed as guardian ad litem for R.L.Y. and is authorized to prosecute this action on the minor's behalf.

Dated:   August 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE